**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In Re:<br>    Belinda Haynes<br>        Debtor, | Case No:    18-35051<br>Chapter:    Chapter 13<br>Judge:    Janet S. Baer |

## NOTICE OF MOTION

**To:**   Belinda Haynes, 1221 Coventry Pl E, Aurora, IL, 60506

Glenn B. Stearns, 801 Warrenville Rd. Suite 650, Lisle, IL, 60532

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

Association for Individual Development, attn: Payroll, 309 W. New Indian Trail Ct., Aurora, IL 60506

**PLEASE TAKE NOTICE** that on **March 29, 2019 at 09:30 a.m.**, I shall appear before the Honorable Judge Janet S. Baer in Kane County Courthouse, 100 S. 3rd St., #240, Geneva, IL and then and there present the attached **MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 03/13/2019**, a copy of which is attached hereto.

**By:**    /S/ Alex Wilson
Alex Wilson

## CERTIFICATE OF SERVICE

I, Alex Wilson, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on March 21, 2019.

**By:**    /s/ Alex Wilson
Alex Wilson

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | Case No: | 18-35051 |
|    Belinda Haynes ) | | |
|       Debtor, ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | Janet S. Baer |

**MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 03/13/2019**

NOW COMES the Debtor, Ms. Belinda Haynes (the "Debtor"), by and through her attorneys, Geraci Law LLC, to present her **MOTION TO VACATE ORDER FOR PAYROLL CONTROL ENTERED ON 03/13/2019 PURSUANT TO FED. R. BANKR. P. 9024**, and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 12/19/2018.

3. The plan has not yet been confirmed. Confirmation is currently set for 04/12/2019.

4. On 12/26/2018, the Court entered a payroll control order for Debtor's job at White Castle. See Exhibit A.

5. On 03/13/2019, the Court entered a payroll control order for Debtor's new job at Association for Individual Development. See Exhibit B.

6. The Debtor is working at both jobs and now has payroll control deductions coming from both.

7. The Debtor would like payroll control deductions to come only from her check at White Castle and seeks to vacate the order for Association for Individual Development.

WHEREFORE, the Debtor, Ms. Belinda Haynes prays that this Court enter an order vacating the order for payroll entered on 03/13/2019 for Association for Individual Development and for such further additional relief that this Court may deem just and proper.

                                                   __/s/ Alex Wilson_____
                                                          Alex Wilson

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960